
FILED
APRIL 4, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 07 C 5013 |
| v. ) | |
| ) | Judge Coar |
| CONSUMERINFO.COM, INC., d/b/a ) | |
| FREECREDITREPORT.COM, a/k/a ) | Magistrate Judge Ashman |
| EXPERIAN CONSUMER DIRECT and ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC., ) | **Jury Demanded** |
| ) | |
| Defendants. ) | |

## AMENDED COMPLAINT – CLASS ACTION

## MATTERS COMMON TO MULTIPLE COUNTS

### INTRODUCTION

1. Plaintiff William Harris brings this action to secure redress for the actions of defendants ConsumerInfo.com, Inc., d/b/a FreeCreditReport.com a/k/a Experian Consumer Direct, and Experian Information Solutions, Inc., in advertising and selling credit reports without making the required disclosures regarding free credit reports pursuant to Illinois Consumer Fraud Act, 815 ILCS 505/1 et seq. ("ICFA").

### PARTIES

2. Plaintiff William Harris is an individual who resides in Cook County, Illinois.

3. Defendant ConsumerInfo.com d/b/a FreeCreditReport.com a/k/a Experian Consumer Direct is a subsidiary of defendant Experian.

4. Defendant Experian is a California corporation with a registered agent at 208 S. LaSalle Street, Suite 814, Chicago, IL 60604, and its operational headquarters at 475 Anton Blvd,

2

Costa Mesa CA 92626.

5. ConsumerInfo.com is a California corporation with its principal place of business at 475 Anton Blvd, Costa Mesa CA 92626.

6. Experian Information Solutions, Inc. ("Experian") does business on the internet as Consumerinfo.com, which operates and oversees websites including www.consumerinfo.com and www.freecreditreport.com.

7. Experian is a leading international credit bureau. It maintains credit information for hundreds of millions of Americans and businesses. www.FreeCreditReport.com states that:

> **About Experian**
>
> **Experian is a global leader in providing analytical and information services to organizations and consumers to help manage the risk and reward of commercial and financial decisions. We employ more than 12,500 people in over 32 countries, supporting clients in more than 60 countries. Annual sales are in excess of $3.1 billion (£1.7bn, €2.5bn).**
>
> **Experian Group Limited is listed on the London Stock Exchange (EXPN) and is a constituent of the FTSE-100 index. Our corporate headquarters are in Dublin, Ireland and we have operational headquarters in Costa Mesa, California and Nottingham, UK.** [emphasis added]

## JURISDICTION AND VENUE

8. The Court has jurisdiction under 735 ILCS 5/2-209 because this dispute involves the transaction of business within Illinois. Venue is proper in Cook County pursuant to 735 ILCS 5/2-101 because defendants do business in this County, and the complained of practices happened through the World Wide Web on a computer that was located in Cook County.

## FACTS

9. On or about June 2006 plaintiff viewed a television commercial that stated

3

that he could receive a free credit report if he logged on to www.FreeCreditReport.com.

10. Shortly thereafter, relying on the television commercial, plaintiff went to www.FreeCreditReport.com on the world wide web to get a copy of his free credit report.

11. Plaintiff joined the website to receive his credit report thinking he would receive a free credit report.

12. Plaintiff's credit report was not free. He was required to enroll in a $12.95 per month credit monitoring service run by defendants in order to receive this "free" credit report.

13. Plaintiff enrolled in the service in order to get his "free" credit report.

14. The Illinois Consumer Fraud Act, 815 ILCS 505/2B.2, states:

**Solicitations regarding records**

**Sec. 2B.2. Solicitations regarding records. It is an unlawful practice for any person to offer for sale or sell to a consumer access to any records or copies of any records pertaining to the consumer that may be obtained at no cost or a nominal cost from a governmental agency or from any consumer reporting agency as defined in the federal Fair Credit Reporting Act [15 U.S.C. 1681 et seq.] unless all offers, solicitations, and applications for any such service include the following statement in capital letters in not less than 10 point type:**

**"MANY GOVERNMENT RECORDS ARE AVAILABLE FREE OR AT A NOMINAL COST FROM GOVERNMENT AGENCIES. CREDIT REPORTING AGENCIES ARE REQUIRED BY LAW TO GIVE YOU A COPY OF YOUR CREDIT RECORD UPON REQUEST, AT NO CHARGE OR FOR A NOMINAL FEE."**

15. In its advertising and other solicitations for selling plaintiff credit reports, defendants did not include the required disclosure in 10 point or larger, or at all.

16. On information and belief, defendants did not include this statement in any contract with plaintiff, either.

17. Plaintiff and the class have been damaged in that they would have asked for and received either a free credit report, or a credit report for a nominal cost, from Experian or

another credit bureau once a year had defendant complied with Illinois law.

18. Instead, plaintiff and the class were enrolled in a service whereby they were charged a monthly $12.95 fee.

19. It is in the public interest that defendants make the proper disclosures to Illinois consumers so consumers may make informed decisions as to whether to enroll in a service with a monthly fee, or obtain a free credit report from another source.

20. In fact, every American consumer is entitled to a free credit report by mail, by calling a toll-free phone number or on the internet at www.annualcreditreport.com, from Experian pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681j. The right to free credit reports was phased in during 2004 and 2005. Before consumers were entitled to free credit reports, they were entitled to pay a nominal fee to receive a credit report.

21. Defendants' refusal to publish the required disclosures was a willful attempt to induce consumers into signing up for its $12/month service instead of obtaining their free, or less expensive, credit reports.

22. It is no accident that www.freecreditreport.com is similar to defendant's website, www.freecreditreport.com.

23. The FCRA 15 U.S.C. § 1681t delineates certain subjects and specific sections of the FCRA that preempt state law. Notification to consumers regarding charges for obtaining credit reports is not among the preempted subjects or sections, and 815 ILCS 505/2B.2 is not inconsistent with any FCRA provision or policy.

24. Defendants are on notice regarding the deceptive nature of their consumer disclosures regarding so-called "free" credit reports. The Federal Trade Commission sued defendant Consumerinfo.com and related entities in 2004 for deceptive advertising practices regarding offers

of "free" credit reports that were not really free. *FTC v. Consumerinfo.com, Inc.*, 8:05-cv-801-AHS-MLG (C.D.Cal). The parties to that case entered into a consent decree in 2005 that enjoined Consumerinfo.com from failing to make proper disclosures with respect to charges associated with obtaining one's free credit report. The settlement also called for refunds to consumers.

25.     The case was reopened in 2007 to levy an additional $300,000 civil penalty upon Consumerinfo.com. On information and belief, the case was reopened because Consumerinfo.com was not in compliance with the 2005 consent decree.

### COUNT I – Illinois Consumer Fraud Act

26.     Plaintiff incorporates ¶¶ 1-25.

27.     Defendant violated the Illinois Consumer Fraud Act, 815 ILCS 505/2B.2 when it failed to make the required disclosures to plaintiff and the class.

### CLASS ALLEGATIONS

28.     Plaintiff brings this claim on behalf of a class, consisting of (a) all Illinois consumers (b) who, on or after a date three years prior to the filing of this action (c) enrolled in a service with defendants on the internet (d) where either (i) the initial internet web page or (ii) the contract or (iii) both (e) did not contain in 10 point type or greater in all capital letters the language:

> MANY GOVERNMENT RECORDS ARE AVAILABLE FREE OR AT A NOMINAL COST FROM GOVERNMENT AGENCIES. CREDIT REPORTING AGENCIES ARE REQUIRED BY LAW TO GIVE YOU A COPY OF YOUR CREDIT RECORD UPON REQUEST, AT NO CHARGE OR FOR A NOMINAL FEE.

29.     The class is so numerous that joinder of all members is impractical. Plaintiff alleges on information and belief that there are more than 50 members of the class.

30.     There are questions of law and fact common to the class that predominate over any questions affecting only individual class members. The predominant common questions

include:

  a. Whether defendants engaged in a pattern of failing to make Illinois' required disclosures;

  b. Whether defendants thereby engaged in deceptive and/or unfair acts and practices, in violation of the ICFA.

 20. Plaintiff will fairly and adequately protect the interests of the class. Plaintiff has retained counsel experienced in handling class actions and claims involving the FCRA, class actions and unlawful business practices. Neither plaintiff nor plaintiff's counsel have any interests which might cause them not to vigorously pursue this action.

 21. A class action is an appropriate method for the fair and efficient adjudication of this controversy. The interest of class members in individually controlling the prosecution of separate claims against defendant is small because it is not economically feasible to bring individual actions.

 23. Management of this class action is likely to present significantly fewer difficulties that those presented in many class actions, e.g. for securities fraud.

 WHEREFORE, plaintiff requests that the Court enter judgment in favor of plaintiff and the class, and against defendant for:

  a. Actual damages;

  b. Punitive damages;

  c. An injunction against future sales without the required disclosures

  d.. Attorney's fees and costs of suit;

  e. Such other or further relief as the Court deems just and proper.

/s/Keith J. Keogh

Keith J. Keogh
Alexander H. Burke
Law Offices of Keith J. Keogh, Ltd.
227 W. Monroe Street, Suite 2000
Chicago, Illinois  60606
312.726.1092 (office)
312.726.1093 (fax)
Attorney No. 39042

## JURY DEMAND

Plaintiff requests a trial by jury.

/s/Keith J. Keogh

Keith J. Keogh
Alexander H. Burke
Law Offices of Keith J. Keogh, Ltd.
227 W. Monroe Street, Suite 2000
Chicago, Illinois  60606
312.726.1092 (office)
312.726.1093 (fax)
Attorney No. 39042